# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANYELL ROSE BLACK DOG,<br><br>Defendant. | Case No. CR 22-98-GF-BMM<br><br>**ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE** |

Defendant Danyell Rose Black Dog, having filed a Motion to Amend Release Order; IT IS HEREBY ORDERED that the Order Setting Conditions of Release be amended to show release from Roosevelt County Jail.

DATED this 20th day of December, 2022.

_____
John Johnston
United States Magistrate Judge

1