IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-98-GF-BMM-JTJ |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| DANYELL ROSE BLACK DOG, | |
| Defendant. | |

## I.    Synopsis

Defendant Danyell Rose Black Dog (Black Dog) has been accused of violating the conditions of her supervised release. (Docs. 68, 72 and 78). Black Dog admitted the alleged violations. Black Dog's supervised release should be revoked. Black Dog should be sentenced to custody for 2 months, with 34 months of supervised release to follow.  During the first up to 180 days of supervised release, Black Dog shall be placed in an in-patient substance abuse treatment facility at the direction of her probation officer.

## II.    Status

On May 23, 2023, Black Dog pleaded guilty to the offense of Possession With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1),

(b)(1)(C), as charged in Count 1 of the Indictment. (Doc. 47). The Court sentenced Black Dog to 64 months and one day of custody, followed by 3 years of supervised release. (Doc. 60). Black Dog's current term of supervised release began on December 10, 2025.

### Petition

On June 2, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Black Dog's supervised release. (Doc. 68). The Petition alleged Black Dog violated conditions of her supervised release by: (1) consuming alcohol on May 22, 2026.

### Initial Appearance

Black Dog appeared before the Court on June 8, 2026. Black Dog was represented by counsel. Black Dog stated that she had read the Petition and that she understood the allegation against her. Black Dog waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on June 8, 2026. The Government requested the Court continue the hearing be continued until June 11, 2026 at 10:30 a.m.

**Amended Petition**

On June 8, 2026, the United States Probation Office filed an Amended Petition requesting that the Court revoke Black Dog's supervised release. (Doc. 72). The Amended Petition alleged Black Dog additionally violated conditions of her supervised release by: (2) using methamphetamine on June 6, 2026; and (3) consuming alcohol on June 7, 2026.

**Second Amended Petition**

On June 11, 2026, the United States Probation Office filed a Second Amended Petition requesting that the Court revoke Black Dog's supervised release. (Doc. 78). The Second Amended Petition alleged Black Dog additionally violated conditions of her supervised release by: (4) having telephone contact with Taneal Sutherland, a convicted felon, on June 9 and10, 2026, without the permission of her probation officer.

**Second Revocation hearing**

The Court conducted a revocation hearing on June 11, 2026. The parties consented to proceed with the revocation hearing before the undersigned. Black Dog admitted that she had violated the conditions of supervised release as set forth as allegations 1-4 in the Second Amended Petition. Black Dog's admitted violations are serious and warrant revocation of her supervised release.

**Sentencing hearing**

Black Dog appeared before the Court on June 11, 2026. Black Dog's violations are Grade C. Her criminal history category is 1. Black Dog's underlying offense is a Class C felony. Black Dog could be incarcerated for up to 24 months. Black Dog could be ordered to remain on supervised release for 36 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

## III.    Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Black Dog's supervised release should be revoked. Black Dog shall be sentenced to custody for 2 months, with 34 months of supervised release to follow. During the first up to 180 days of supervised release, Black Dog shall be placed in an in-patient substance abuse treatment facility at the direction of her probation officer. This sentence is sufficient but not greater than necessary.

## IV.    Conclusion

The Court informed Black Dog that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Black Dog of her right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Black Dog that Judge Morris

would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That DANYELL ROSE BLACK DOG has violated the conditions of his supervised release by: (1) consuming alcohol on May 22, 2026; (2) using methamphetamine on June 6, 2026; (3) consuming alcohol on June 7, 2026; and (4) having telephone contact with Taneal Sutherland, a convicted felon, on June 9 and 10, 2026, without the permission of her probation officer.

The Court **RECOMMENDS:**

That the District Court revoke Black Dog's supervised release and sentence Black Dog to 2 months of custody, with 34 months of supervised release to follow. During the first up to 180 days of supervised release, Black Dog shall be placed in an in-patient substance abuse treatment facility at the direction of her probation officer.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure

to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 12th day of June 2026.

John Johnston
United States Magistrate Judge