# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br><br> DANYELL ROSE BLACK DOG , <br><br> Defendant. | **CR-22-98-GF-BMM** <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 12, 2026. (Doc. 80.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on June 8, 2026 and June 11, 2026.  (Docs. 74 and 79.)  The government accused Danyell Black Dog (Black Dog) of violating the conditions of her supervised release by: (1) consuming

alcohol on May 22, 2026; (2) by using methamphetamine on June 6, 2026; (3) by consuming alcohol on June 7, 2026 and by: (4) having telephone contact with Taneal Sutherland, a convicted felon, on June 9 and 10, 2026, without the permission of her probation officer.

At the revocation hearing, Black Dog admitted that she had violated conditions 1,-4 as set forth in the Second Amended Petition. Judge Johnston advised Black Dog of her right to appeal and to allocute before the undersigned. (Doc. 79.) Judge Johnston found that the violations Black Dog admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 2 months, with 34 months of supervised release to follow. Judge Johnston also recommended that during the first 180 days of supervised release that Black Dog be placed in an in-patient substance abuse treatment facility at the direction of her probation officer.  (Doc. 80.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 80 ) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Danyell Rose Black Dog be sentenced to 2 months custody, with 34 months of supervised release to follow. During the first 180 days of supervised release Black Dog will be placed in an in-patient substance abuse treatment facility at the direction of her probation officer.

DATED this 29th day of June 2026.


_____
Brian Morris, Chief District Judge
United States District Court